UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ANNETTE RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>Defendant. | **16-cv-1789 GSA**<br><br>**ORDER REQUIRING THE FILING OF AN AMENDED IN FORMA PAUPERIS APPLICATION** |

On November 23, 2016, Plaintiff Heather Annette Ruiz filed a Motion to Proceed In Forma Pauperis ("IFP"). (Doc. 2). A review of the document reveals that it is incomplete. For example, item 3 requires that the applicant list all sources of income for the past twelve months, the amount received, and whether it is expected that the income continue. Plaintiff has listed several sources of income including "child support," "state assistance," "Calworks," and "Calfresh." However, the amount she receives and whether these payments are expected to continue is unclear. Plaintiff also has not listed the amount in her checking or savings account in item 4.

The Court is unable to process this application until this information is completed. Therefore, Plaintiff shall file an amended application **no later than December 9, 2016**. Plaintiff's

counsel is reminded that it is important to review IFP applications for completeness and accuracy prior to filing the document in order to prevent delays and to promote judicial efficiency.

IT IS SO ORDERED.

Dated:   **December 1, 2016**                               **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE