**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| HEATHER ANNETTE RUIZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>　　　　　　Defendant. | Case No.: 1:16-cv-1789-GSA<br><br>ORDER OF DISMISSAL<br><br>(Docs. 2 and 6) |

In light of the filing of Plaintiff's Notice of Voluntary Dismissal (Doc. 7), the Order to Show Cause issued on January 13, 2017 (Doc.6) is DISCHARGED. This case is dismissed pursuant to Fed. R. Cic. Proc. 41(a)(1)(A)(i).  The Clerk of Court is directed to term all pending motions and close this action.


IT IS SO ORDERED.

　　Dated:　**February 1, 2017**　　　　　　　　／s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Nancy A. Berryhill shall be substituted in for Carolyn W. Colvin, as Nancy A. Berryhill in now the acting Commissioner of Social Security.